Print Name: Michael L. Hanson
Sid #: 12298145
3405 Deer Park Dr. S.E.
Salem, Oregon 97310

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| Michael L. Hanson, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON HONG WANG individually and dba HONG PHAT MARKET; DIAN PHAN individually and dba HONG PHAT MARKET; <br><br> Defendants. | Case No. 3:19-cv-1232 SB <br><br> **SUMMONS** |

TO: DIAN PHAN dba HONG PHAT MARKET

1.

A lawsuit has been filed against you.

2.

Within **21** days after service of this summons on you (not counting the days you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff/or his/her attorney MICHAEL L. HANSON, whose address is 3405 DEER PARK DR. S. E. SALEM, OREGON 97310.

///

Page 1 of 2 SUMMONS

///

3.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer with the court.

Dated this 02 day of August, 2019.

Respectfully Submitted,

_____
(Signature)
Print Name: Michael L. Hanson
Sid #: 12298145
3405 Deer Park Dr. S.E.
Salem, Oregon 97310

Print Name: Michael L. Hanson
Sid #: 12298145
3405 Deer Park Dr. S.E.
Salem, Oregon 97310

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| Michael L. Hanson, | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) SUMMONS |
| | ) |
| BRANDON HONG WANG individually and | ) |
| dba HONG PHAT MARKET; DIAN PHAN | ) |
| individually and dba HONG PHAT MARKET; | ) |
| | ) |
| Defendants. | ) |

TO: BRANDON HONG WANG dba HONG PHAT MARKET

1.

A lawsuit has been filed against you.

2.

Within **21** days after service of this summons on you (not counting the days you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff/or his/her attorney MICHAEL L. HANSON, whose address is 3405 DEER PARK DR. S. E. SALEM, OREGON 97310.

///

Page 1 of 2 SUMMONS

///

3.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer with the court.

Dated this 02 day of August, 2019.

                        Respectfully Submitted,

                        _____
                        (Signature)
                        Print Name: Michael L. Hanson
                        Sid #: 12298145
                        3405 Deer Park Dr. S.E.
                        Salem, Oregon 97310